

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00763-CR

Ruben **NERIO**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR1990
The Honorable Angus K. McGinty, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED January 15, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice